IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | |
|---|---|
| DAVID EUGENE CLEMONS, | ) |
| Plaintiff, | ) |
| vs. | ) CV 02-J-3087-NE |
| JUDGE BIBB, JUDGE BROWN, JUDGE THOMPSON, DISTRICT ATTORNEY BOB BURRELLS, and COURT REPORTER MORRIS ANDERSON, | ) |
| Defendants. | ) |

## MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on February 14, 2003, recommending that this action filed pursuant to 42 U.S.C. § 1983 be dismissed under 28 U.S.C. § 1915A(b) for failing to state a claim for which relief can be granted. The plaintiff filed objections to the report and recommendation on March 19, 2003.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation and the objections thereto, the Court is of the opinion that the magistrate judge's report is due to be and is hereby ADOPTED and the recommendation is ACCEPTED. Accordingly, the complaint is due to be dismissed pursuant to 28 U.S.C. § 1915A(b). A Final Judgment will be entered.

DATED this __26__ day of __March__, 2003.

INGE P. JOHNSON
UNITED STATES DISTRICT JUDGE